ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
  Social Security Administration
  160 Spear St., Suite 800
  San Francisco, CA  94105
  Telephone:  (415) 977-8978
  Facsimile:  (415) 744-0134
  Email:  Francesco.Benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REBECCA SAAVEDRA, | ) |
| | ) Case No.: 2:12-cv-06577-DTB |
|   Plaintiff, | ) |
| | ) |
|  vs. | ) [**PROPOSED**] |
| | ) **JUDGMENT** |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|   Defendant | ) |
| | ) |

///

///

///

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

Dated: September 13, 2013

_____
HON. DAVID T. BRISTOW
United States Magistrate Judge