JAMES P. SHEA (STATE BAR NO. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| REBECCA SAAVEDRA, | NO. CV 12-06577 DTB |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED that EAJA fees are awarded in the amount of six hundred seventeen dollars and forty seven cents ($617.47), subject to the provisions of the EAJA stipulation.

Dated: September 27, 2013  _____
THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE